# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 10-40089-01/02-RDR |
| v. ) | |
| ) | |
| DOUGLAS R. SILBERMAN ) | |
|    and ) | |
| MICHELE KING, ) | |
| ) | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXTEND MOTIONS DEADLINE

The court hereby grants defendants' joint motion to extend the motions deadline approximately 90 days beyond the current setting of January 26, 2011. The Court sets the deadline for filing motions on April 26, 2011, sets the government's response on May 5, 2011, and sets the hearing on all motions for May 19, 2011 at 9:30 a.m.

Mr. Silberman is undergoing extensive surgery in February 2011 and will require three months of recovery time. Due to his physical condition, Mr. Silberman has been unable to assist counsel with the preparation of motions and will not be available for any hearings on motions. Counsel for Ms. King joins in the motion and counsel for the government does not object to the requested continuance. Based on these reasons, the Court finds the continuance will not prejudice the parties, is necessary for an effective defense, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C 3161(h)(7).

Dated this 27th day of January, 2011.

s/Richard D. Rogers
United States District Judge