IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-40089-01/02-RDR |
| ) | |
| DOUGLAS R. SILBERMAN and ) | |
| MICHELE KING, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING DEFENDANTS' JOINT MOTION
## TO EXTEND MOTIONS DEADLINE

The court hereby grants defendants' joint motion to extend the motions deadline (Doc. 18) approximately 90 days beyond the current setting of April 26, 2011. The Court sets the deadline for filing motions on July 26, 2011; sets the government's response on August 5, 2011; and sets the hearing on all motions for August 19, 2011 at 9:30 a.m.

Mr. Silberman has undergone extensive surgery in February 2011 and his physician has advised he should not travel until medical issues are resolved. Counsel for Mr. Silberman anticipates this recovery period will be ninety days. Due to Mr. Silberman's physical condition, he has been unable to assist counsel with the preparation of motions and will not be available for any hearings on motions on May 19, 2011 at 9:30 a.m. Counsel for Ms. King joins in the motion and counsel for the government does not object to the requested continuance. Based on these reasons, the Court finds the continuance will not prejudice the parties, is necessary for an effective defense, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C 3161(h)(7)

Dated this 26th day of April, 2011.

s/Richard D. Rogers
United States District Judge