IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
         Plaintiff,

vs.                                                      No.  10-40089-01/02-RDR

DOUGLAS R. SILBERMAN and
MICHELE KING,
         Defendants.

ORDER FOR CONTINUANCE

The matter comes on before the Court on the motion of the United States for an order continuing the sentencing hearings in the above-captioned matter from December 9, 2011 to times to be determined by the Court on December 12, 2011.

In support of said motion, the United States submits:

1.     The defendants' sentencing hearings are presently set on December 9, 2011 at 9:30 a.m. and 10:00 a.m.

2.     There have been no prior continuances of the sentencing hearings.

3.     Counsel for the government will be out of office on December 9, 2011.

4.     Counsel for both defendants have been advised of this motion and do not object to the government's request.

The Court has considered the submission of the government, and finds the reason for the requested continuance to be sufficient for the Court to find that in the interests of justice the sentencing hearings for the defendants should be continued to December 12, 2011.

IT IS THEREFORE ORDERED that the sentencing hearings in this matter be continued until December 12, 2011 at 9:30 a.m., with respect to Defendant Douglas R. Silberman, and December 12, 2011 at 10:00, with respect to Defendant Michele King.

    s/Richard D. Rogers
    United States District Judge